IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-57 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| | 18 U.S.C. §§ 2251(a) and 2251(e): |
| TYLER KONIGSMARK, | Sexual Exploitation of Children |
| Defendant. | Count 2 |
| | 18 U.S.C. § 2422(b):   Enticement of Minors |

The Grand Jury charges:

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 7/14/2016
ROBERT L. PHELPS, CLERK

## Count 1
### Sexual Exploitation of Children

Between in or about April 2016 and May 2016, in the Northern District of Iowa, the defendant, TYLER KONIGSMARK, persuaded, induced, and enticed, and attempted to persuade, induce, and entice, minors under the age of 18 to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, causing and attempting to cause said visual depictions to be produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, knowing and having reason to know that said visual depictions would be transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, and said visual depictions were transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

1

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count 2
### Enticement of Minors

Between in or about April 2016 and May 2016, in the Northern District of Iowa, the defendant, TYLER KONIGSMARK, using a facility and means of interstate and foreign commerce, knowingly persuaded, induced, and enticed, and attempted to persuade, induce, and entice, minors under the age of 18 to engage in sexual activity for which a person could be charged with a criminal offense, that is, sexual abuse in the third degree under Iowa Code Section 709.4(1)(b)(2) and production of child pornography.

This was in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

s/Foreperson

_____  7-13-2016
Grand Jury Foreperson            Date

KEVIN W. TECHAU
United States Attorney

By: *Mark Tremmel*

MARK TREMMEL
Assistant United States Attorney