AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 16-CR-0057 |
| TYLER KONIGSMARK | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TYLER KONIGSMARK
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Sexual exploitation of children, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e); and

enticement of minors, in violation of Title 18, United States Code, Section 2422(b)

Date: July 14, 2016

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Jon Stuart Scoles, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

**Suspect arrested by** DCI **Agency Name**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

on 7/20/2016 in the Northern District of Iowa

Date: _____

*Arresting officer's signature*

**USMS Signature**

*Printed name and title*

Case 1:16-cr-00057-CJW-MAR   Document 6   Filed 07/21/16   Page 1 of 1