IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 16-CR-57 |
| Plaintiff, | ) | |
| | ) | **UNRESISTED** |
| vs. | ) | DEFENDANT'S MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| TYLER KONIGSMARK, | ) | |
| | ) | |
| Defendant. | ) | |

Tyler Konigsmark, through counsel, respectfully moves to continue his sentencing hearing and states in support as follows:

1. The sentencing hearing is currently set for Thursday, December 1, 2016, at 10:00 am.

2. The Defendant needs additional time to consult with and prepare the expert in this matter.

3. The undersigned currently has a jury trial in US v. Hughes; No. 16-CR-2039 scheduled the week of November 21, 2016.

4. The undersigned has discussed a continuance with Assistant United States Attorney Mark Tremmel and he has indicated that the government does not object to rescheduling the sentencing hearing.

    FEDERAL DEFENDER'S OFFICE
    222 Third Avenue SE, Suite 290
    Cedar Rapids, IA  52401-1509
    TELEPHONE: (319) 363-9540
    TELEFAX: (319) 363-9542

    BY: /s/ Christopher J. Nathan
    CHRISTOPHER J. NATHAN
    christopher_nathan@fd.org
    ATTORNEY FOR DEFENDANT,
    TYLER KONIGSMARK

CERTIFICATE OF SERVICE
I hereby certify that on November 1, 2016, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
    /s/ Kelly Jensen