RECEIVED MAR 19 2018

United States District Court
For the Northern District of Iowa

U.S. of America                              Case No: CR-16-0057

    V.

Tyler Konigsmark                        Hon. Judge Jon Stuart Scoles

Motion Requesting Criminal Documents

To The Honorable Court:

Dear clerk:

I Respectfully ask to Supply me with copies of
the following

A) Copy of my Docket sheet
B) Copy of my Sentencing Transcript
C) Copy of my Judgement of Commitment
D) If able to a copy of of my Presentence Investagation Report (PSI)

The reason why I ask is that F.C.I Milan Were I am
Incarcerated says they are not allowed to make any copies
of paper work and have us keep them.
I was never shown any of these papers, so thats why
I ask.      Thank you,

                                      Respectfully Submitted
                                      Tyler K
                                      Tyler Konigsmark

Dear Mr. Konigsmark,

Please find enclosed a copy of your docket sheet. The Clerk's office charges .50/page for copies. The Judgment is 6 pages for a cost of $3.00 and your PSIR is 25 pages for a cost of $12.50, for a total of $15.50 for both documents. If you would like one or both of these documents, please send payment in the exact amount for the document(s) you are requesting made payable to 'Clerk, U.S. District Court.' Once we receive payment we can mail the documents to you. To obtain a copy of the Sentencing Hearing Transcript, you must contact the Court Reporter directly to order one, her contact information is listed below.

s/skm


Court Reporter:
Shelly Semmler
U.S. District Courthouse
320 6th Street
Sioux City, IA  51101
712-233-3846

Tyler Konigsmark
<sub>NAME</sub>

16756-029
<sub>REG. NO.</sub>

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

12 MAR 2018 PM 6 L

3/12/18-SKM

⇔16756-029⇔
Clerk Of The Court
111 7TH AVE SE
U.S. District Court
Cedar Rapids, IA 52401
United States

52401-210312