July 25, 2019

RECEIVED JUL 29 2019

To Whom this may concern:

My name is Tyler Konigsmark, I'm currently Incarnated at F.C.I Pekin in IL.

Reason for my contact today is, I was advised by my Lawyer to get in contact with you guys regarding my Sentencing hearing Transcripts and Discovery.

Per Federal rules he says he is unable to provide me with that Information.

I would like to request my Sentencing hearing Transcripts.

Thank you for your time & help.

→16756-029←
Tyler Konigsmark
16756-029
Federal Correction Institution
PO Box 5000
Pekin, IL 61555-5000
United States

Sincerely, Tyler Konigsmark

7/30/2019
There was not a sentencing hearing transcript prepared in your case. You may contact the court reporter directly to request a transcript be prepared and to find out the cost.

Court Reporter:
Shelly Semmler
US District Court
Northern District of Iowa
320 6th Street
Sioux City IA 51101

Tyler Konigsmark
16756-029
Federal Correction Institution
PO Box 5000
Pekin, IL 61555-5000
United States

PEORIA IL 616

26 JUL 2019 PM 1 L

7/26/19-SKM

⇔16756-029⇔
Clerk Of The Court
111 7TH AVE SE
U.S. District Court
Cedar Rapids, IA 52401
United States

"Legal Mail"