Honorable Judge CJ Williams,

I apologize for contacting you in this manner, but I just wanted to give you an update of my life & situation. On Dec 1, 2016 I was sentenced by the Honorable Mark Bennett to 132 months in Federal custody. Prior to that my life was absurd, stuck in the spotlight from sports, my pride & arrogance of being a young me, I felt I was on my way to the top. Bad decisions led to bad results and this is why I'm where I am at today. The beginning of a new direction begins with a decision and only I am capable of making it. When you choose a more productive and decent path, it doesn't promise to end all problems. Truth is, problems need to be solved and solving them usually requires sacrifice and pain. But, let me assure you, the pain involved will never compare to the consequences of living life behind a fence. I lost much more than my freedom, this is a life of loneliness and isolation. Everyday my mind wishes I had done things differently! This is not Hollywood; there are no do-over's and happy endings are few & far. I could have saved myself from this environment & this reality. Unfortunately, as a young man, I did not see then how the ramifications of my decisions, would have had such a devastating ripple effect on my life.

I feel it is important that I share my understanding regarding the implications that my poor choices have had

(Back)

on my community, my friends and my family in particular. Significant in this conversation is the pain I have caused my mother. The unwarranted stress and grief I have brought into her life cannot be surmised. I am sure like most mothers, my mom had great hope for the life I would one day live. I am not there to care for her & my younger siblings or provide the family the necessary leadership. While we are still a loving family. This is such a heavy burden on me. Its hard waking up each day thinking about the atrocities I have committed towards my community. I have lost friends & family. When you've had a hand in the negativity that has plagued others, If you have a heart, how can you ever be the same. My heart was broken. It hurt me in places I didn't even know existed, & I am still suffering from the punches of reality to this day. The most severe impact is the pain and embarrassment I have caused. I have learned through my trials and tribulations the truth about cause & effect. These are just some of the effects that resulted in my choices. I have learned to think before you react. because If you don't your decisions can cause you a lifetime of grief.

One of my biggest regrets wasn't the amount of time I recieved It was the pain I have caused my victim, I can't Imagine the emotional and psychological pain I have caused by my actions. The anger, fear, depression & anxiety she & her family went through. I would do anything in the world to take It all back. If I was to ever speak to her family, I would want them

(continued on Page 3)

to know how deeply sorry I am for the hurt I have caused them. I would want them to know Im not that young person I once was. Ive grown & matured through my incarceration. I have taken a victim impact course & seen the ripple effect it can have on the victim & there family & friends. It kills me inside.

I am grateful for this hardship during this moment. It was the catalyst that inspired my perceptions and belief system to change. It is because of the challenges, I choose to share my testimony.

In order for me to utilize the process for growth, I had to accept responsibility, & understand 'we are where we are in life because of our choices.' Once I began to acknowledge the part I played in my own demise, the lights begun to get brighter. Then, a real hunger arose. There would be less pain & suffering & desires would be achieved more easily.

Today, I have set realistic goals - interim, short, and long term. I realize enlightenment is about total transformation, but not instant transformation. It is about being good in any space or situation. When you can validate your experiences, good or bad, mistakes & poor choices, then you become free to move forward. You are no longer the views of your life, you are living your life; no longer stuck. I just turned 24 on the 15th of June & wanted to give you a little update about myself, letting you know I will come out of this situation a better person.

Thank you for your time, your honor.         Sincerely, Tyler Konigsmark
                                                        Tyler Konigsmark

COMMITTED NAME: Tyler Konigsmark
REG. NO. & QTRS.: 16756-029 - K1
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
19 JUN 2020 PM 2 L

6/19/20
IC

Clerk, U.S. District Court
Hon. CJ Williams
111 Seventh Avenue SE, Box 12
Cedar Rapids, IA
52401-2161

52401-210312