Tyler Konigsmark - #16756-029
FCI Sandstone
P.O. Box 1000
Sandstone, MN 55702


U.S. District Court Judge CJ Williams
United States District Court
Northern District of Iowa
111 Seventh Avenue, SE
Cedar Rapids, IA 52401-2101

*Re: 116CR00057-001*

Dear Judge Williams,

I am writing in regard to my current situation. I currently have a compassionate release motion pursuant to 18 U.S.C. 3582 pending before the Court. Your honor ordered the government to respond to that motion on or by October 5, 2020. The government has not responded as of this date.

I am currently housed at FCI Sandstone where the COVID-19 virus is running ramped. I am hopeful that my motion can be ruled on based on the merits. Judge, I am fearful after seeing what is going on here at this prison.

Respectfully,

*Tyler Konigsmark*

Tyler Konigsmark

Tyler Konigsmark - #16756-029
FCI Sandstone
P.O. Box 1000
Sandstone, MN 55702

ROCHESTER NY 144
23 OCT 2020 PM 1 L

10/23/20

U.S. District Court Judge CJ Williams
United States District Court
Northern District of Iowa
111 Seventh Avenue, SE
Cedar Rapids, IA 52401-2101

$0.500
US POSTAGE
FIRST-CLASS
062S0013034580
FROM 14624